**Fill in this information to identify the case:**

Debtor 1: Rosemary Ogochukwu Fashogbon

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Northern District of Georgia

Case number: 16-71431-bem

Official Form 410S1

# Notice of Mortgage Payment Change  12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of Bungalow Series F Trust

**Court claim no.** (if known): 5-1

**Last 4 digits** of any number you use to identify the debtor's account: 5 5 4 4

**Date of payment change:**
Must be at least 21 days after date of this notice: 12/01/2019

**New total payment:**
Principal, interest, and escrow, if any: $ 1,122.35

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 515.44    New escrow payment: $ 532.40

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%    New interest rate: _____%

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

Official Form 410S1                  **Notice of Mortgage Payment Change**                  page 1

Debtor 1  **Rosemary Ogochukwu Fashogbon**
First Name   Middle Name   Last Name

Case number *(if known)* 16-71431-bem

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Michelle R. Ghidotti-Gonsalves
Signature

Date 11/05/2019

Print: Michelle R. Ghidotti-Gonsalves
First Name   Middle Name   Last Name

Title Authorized Agent for Secured Creditor

Company Ghidotti | Berger LLP

Address 1920 Old Tustin Avenue
Number   Street

Santa Ana     CA    92705
City          State  ZIP Code

Contact phone (949) 427-2010

Email mghidotti@ghidottiberger.com

---

Official Form 410S1    Notice of Mortgage Payment Change    page **2**

[Print]  [Save As...]  [Add Attachment]  [Reset]



314 S Franklin St / Second Floor
PO Box 517
Titusville PA 16354
800-327-7861
814-260-4159 Fax
www.bsifinancial.com

```
ROSEMARY FASHOGBON                             YOUR LOAN NUMBER: 
1635 RIVERVIEW CV
LAWRENCEVILLE          GA 30046

                                               DATE: 10/22/19


         *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - CORRECTION ***

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS
REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED
ESCROW ACTIVITY FOR YOUR ESCROW CYCLE  BEGINNING    12/19 THROUGH    11/20.
------- ANTICIPATED PAYMENTS FROM ESCROW -    12/19 THROUGH    11/20 -------
              HOMEOWNERS INS              1599.00
              COUNTY TAX                  3394.54

         TOTAL PAYMENTS FROM ESCROW       4993.54

         MONTHLY PAYMENT TO ESCROW         416.12 (1/12TH OF ABOVE TOTAL)

------- ANTICIPATED ESCROW ACTIVITY -    12/19 THROUGH    11/20--------
       -ANTICIPATED PAYMENTS-              -- ESCROW BALANCE COMPARISON --
MONTH  TO ESCROW  FROM ESCROW  DESCRIPTION    ANTICIPATED         REQUIRED
                  ACTUAL STARTING BALANCE       -5728.87           1248.46
DEC 19    416.12                                -5312.75           1664.58
JAN 20    416.12                                -4896.63           2080.70
FEB 20    416.12                                -4480.51           2496.82
MAR 20    416.12                                -4064.39           2912.94
APR 20    416.12                                -3648.27           3329.06
MAY 20    416.12                                -3232.15           3745.18
JUN 20    416.12                                -2816.03           4161.30
JUL 20    416.12      1599.00  HOMEOWNERS INS   -3998.91           2978.42
AUG 20    416.12                                -3582.79           3394.54
SEP 20    416.12                                -3166.67           3810.66
OCT 20    416.12      3394.54  COUNTY TAX   ALP -6145.09     RLP    832.24
NOV 20    416.12                                -5728.97           1248.36

------------ DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE ------------

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS LESS THAN THE REQUIRED BALANCE
(RLP), THEN YOU HAVE AN ESCROW SHORTAGE. YOUR ESCROW SHORTAGE IS    -6977.33.

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS GREATER THAN THE REQUIRED
BALANCE (RLP), THEN YOU HAVE AN ESCROW SURPLUS. YOUR SURPLUS IS         0.00.
```

Page 1

```
------------------ CALCULATION OF YOUR NEW PAYMENT AMOUNT ------------------
          PRINCIPAL & INTEREST                                  589.95
          ESCROW (1/12TH OF ANNUAL ANTICIPATED                  416.12
              DISBURSEMENTS AS COMPUTED ABOVE)
          PLUS: OPTIONAL INSURANCE PREMIUMS                       0.00
          PLUS: REPLACEMENT RESERVE OR FHA SVC CHG                0.00
          PLUS: SHORTAGE PAYMENT                                116.28
          MINUS: SURPLUS CREDIT                                   0.00
          ROUNDING ADJUSTMENT                                     0.00
          MINUS: BUYDOWN/ASSISTANCE PAYMENTS                      0.00


BORROWER PAYMENT STARTING WITH THE PAYMENT DUE 12/01/19      1122.35
NOTE: YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF
MONEY HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING
OVERDRAWN WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES
A MAXIMUM ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL ANTICIPATED
ESCROW DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS     832.24.
YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. WHEN YOUR
ESCROW BALANCE REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE
IS TARGETED TO BE YOUR CUSHION AMOUNT.

YOUR ESCROW CUSHION FOR THIS CYCLE IS          832.24.

YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
07/18       449.00      08/18       449.00      09/18        4335.45   *
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
00/00        0.00                               00/00           0.00
00/00        0.00                               00/00           0.00
```

**Licensed as Servis One, Inc. dba BSI Financial Services.**

BSI Financial Services NMLS # 38078. Customer Care Hours: Mon. - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).

If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

Page 2

## **CERTIFICATE OF SERVICE**

On November 5, 2019, I served the foregoing documents described as Notice of Mortgage Payment Change on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTOR
Robert Scott Rickman
rob@thegeorgialawfirm.com

TRUSTEE
Mary Ida Townson
courtdailysummary@atlch13tt.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Evan Tragarz
Evan Tragarz

On November 5, 2019, I served the foregoing documents described as Notice of Mortgage Payment Change on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

| **Debtor**<br>**Rosemary Ogochukwu Fashogbon**<br>1635 Riverview Cv<br>Lawrenceville, GA 30046-2805 | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Evan Tragarz
Evan Tragarz